1

2

3

4

5

6

7                       UNITED STATES DISTRICT COURT

8                      NORTHERN DISTRICT OF CALIFORNIA

9

   UNITED STATES OF AMERICA,
10
              Plaintiff,                    CV 08-4247 PJH
11
        v.                                  ORDER TO STAY ACTION
12
   $46,710 IN UNITED STATES CURRENCY,
13
              Defendant.
14   _____/

15

16        Based upon stipulation of the parties, and pursuant to 18

17   U.S.C. § 981(g) and 21 U.S.C. § 881(i), all proceedings in this

18   civil forfeiture case shall be stayed pending the resolution of

19   the criminal case, People v. Daniel Kizziah, San Francisco

20   County Case No. 2286228.

21        The case management conference currently set for June 18,

22   2009, shall be continued to December 17, 2009, for a status

23   conference.

24        IT IS SO ORDERED.

25        Dated: 6/1/09

26

27   _____
     PHYLLIS                    dge
28   United S       es District Court

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331