UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

$46,710 IN UNITED STATES CURRENCY,

    Defendant.

_____/

CV 08-4247 PJH

ORDER TO STAY ACTION

Based upon stipulation of the parties, and pursuant to 18 U.S.C. § 981(g) and 21 U.S.C. § 881(i), all proceedings in this civil forfeiture case shall be stayed pending the resolution of the criminal case, People v. Daniel Kizziah, San Francisco County Case No. 2286228.

The case management conference currently set for March 25, 2010, shall be continued to September 23, 2010, for a status conference.

IT IS SO ORDERED.

Dated: 3/12/10

_____
PHYLLIS J. HAMILTON, Judge
United States District Court

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331