**\*E-Filed 10/13/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 08-04247 RS |
| Plaintiff, | |
| v. | **ORDER TO STAY ACTION** |
| $46,710 IN UNITED STATES CURRENCY, | |
| Defendant. | |

Based upon stipulation of the parties, and pursuant to 18 U.S.C. § 981(g) and 21 U.S.C. § 881(i), all proceedings in this civil forfeiture case shall be stayed pending the resolution of the criminal case, *People v. Daniel Kizziah*, San Francisco County Case No. 2286228.

The case management statement currently set for October 14, 2010, shall be continued to February 17, 2011, and the case management conference currently set for October 21, 2010, shall be continued to February 24, 2011.

IT IS SO ORDERED.

Dated: 10/13/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE