SHARI L. WHITE, SBN 180438
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for Defendant
DANIEL KIZZIAH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CV 08-4247 PJH |
| v. | STIPULATION TO STAY ACTION |
| $46,710 IN UNITED STATES CURRENCY, | |
| Defendant. | |

    Plaintiff UNITED STATES OF AMERICA and DANIEL KIZZIAH, the only Claimant, hereby stipulate and agree that this *in rem* civil forfeiture action be further stayed pursuant to 18 U.S.C. § 981(g) and 21 U.S.C. § 881(i), pending the resolution of the criminal case in San Francisco Superior Court, <u>People v. Daniel Kizziah</u>, Case No. 214577-02.

    The parties agree that a further stay in the forfeiture proceeding is appropriate in order to preserve Claimant's right against self-incrimination in the related criminal matter, which is still pending. This stay therefore contemplates that Claimant's Answer to Complaint for Forfeiture will not be filed herein during the pendency of the stay.

1    The parties request that the case management statement
2 current set for February 17, 2011 be continued to May 19, 2011
3 and the case management conference currently set for February
4 24, 2011, be continued to May 26, 2011.

5    Because this forfeiture proceeding has been stayed in order
6 to preserve Claimant's right against self-incrimination in the
7 related criminal matter, Claimant agrees to waive any claim of
8 prejudice and any defenses arising out of such delay (including,
9 but not limited to, the statute of limitations, due process, or
10 failure to prosecute under Federal Rule of Civil Procedure
11 41(b).

12    Dated: February 14, 2011

14 /s/ DAVID B. COUNTRYMAN        /s/ SHARI L. WHITE
   DAVID B. COUNTRYMAN            SHARI L. WHITE
15 Assistant U.S. Attorney        Attorney for Claimant

18 Dated: 2/16/11



IT IS SO ORDERED
Judge Richard Seeborg
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2