*E-Filed 6/16/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 08-4247 RS |
| Plaintiff, | <u>ORDER TO STAY ACTION</u> |
| v. | |
| $46,710 IN UNITED STATES CURRENCY, | |
| Defendant. | |

Based upon stipulation of the parties, and pursuant to 18 U.S.C. § 981(g) and 21 U.S.C. § 881(i), all proceedings in this civil forfeiture case shall be stayed pending the resolution of the criminal case, <u>People v. Daniel Kizziah</u>, San Francisco County Case No. 214577-02.

The case management conference statement currently set for June 23, 2011 shall be continued to September 22, 2011 and the case management conference currently set for June 30, 2011, shall be continued to September 29, 2011.

Because this forfeiture proceeding has been stayed in order to preserve Claimant's right against self-incrimination in the related criminal matter, Claimant agrees to waive any claim of prejudice and any defenses arising out of such delay (including,

1  but not limited to, the statute of limitations, due process, or
2  failure to prosecute under Federal Rule of Civil Procedure
3  41(b).
4       IT IS SO ORDERED.
5       Dated: 6/16/11

_____
RICHARD SEEBORG, Judge
United States District Court

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331