*E-Filed 9/6/11*

MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CSBN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.7303
    Facsimile: 415.436.7234
    Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 08-04247 RS |
|---|---|
| Plaintiff, | SETTLEMENT AGREEMENT |
| v. | |
| APPROXIMATELY $46,710 IN UNITED STATES CURRENCY, | |
| Defendant. | |

The parties stipulate and agree as follows:

1. Plaintiff is the United States of America ("United States"). Defendant is approximately $46,710 in United States Currency (the "defendant $46,710"). After proper notification and publication was given, Daniel Kizziah was th onyl party to file a claim. As such, Kizziah is the only claimant in this action. The United States and Kizziah are hereafter referred to as the "parties" in this document, which is hereinafter referred to as the "Settlement Agreement" or "Agreement."

///

///

2. The parties agree that the resolution of the lawsuit is based solely on the terms stated in this Settlement Agreement. It is expressly understood that this Agreement has been freely and voluntarily entered into by the parties. The parties further agree that there are no express or implied terms or conditions of settlement, whether oral or written, other than those set forth in this Agreement. This Agreement shall not be modified or supplemented except in writing signed by the parties.

3. The parties further agree that this Settlement Agreement does not constitute precedent on any legal issue for any purpose whatsoever, including all administrative proceedings and any lawsuits.

4. Kizziah agrees that sufficient evidence exists to establish forfeiture of the defendant $46,710 (plus all interest accrued on that portion) pursuant to Title 21, United States Code, Section 881(a)(6), and consents to its forfeiture to the United States without further notice to him. Kizziah relinquishes all right, title and interest in the defendant $46,710 and agrees that said property shall be forfeited to the United States and disposed of according to law by the United States.

5. The United States and Kizziah agree that each party shall pay its own attorneys' fees and costs.

6. Kizziah, his heirs, representatives and assignees, shall hold harmless the United States, any and all agents, officers, representatives and employees of same, including all federal, state and local enforcement officers, for any and all acts directly or indirectly related to the seizure, forfeiture, or restraint of the defendant $46,710, or any of the acts referred to in the Complaint for Forfeiture filed on or about September 9, 2008.

///
///
///
///
///
///

Settlement Agreement
No. 08-04247 RS                          2

7. Based on the foregoing Settlement Agreement between the United States and Kizziah, the Parties agree that, subject to the Court's approval, this action be and hereby is DISMISSED and that the proposed JUDGMENT OF FORFEITURE which is submitted with this Settlement Agreement be entered.

IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

Dated: 9/1/11

DAVID COUNTRYMAN
Assistant United States Attorney

Dated: August 11, 2011

SHARI WHITE, ESQ.
Attorney for Daniel Kizziah

Dated: August 11, 2011

DANIEL KIZZIAH
Potential Claimant

BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS 6th DAY OF September, 2011.

HONORABLE RICHARD SEEBORG
United States District Judge

Settlement Agreement
No. 08-04247 RS                     3